NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRUSTEES OF DARTMOUTH COLLEGE,**
*Appellant*

**v.**

**THORNE RESEARCH, INC.,**
*Appellee*

---

2022-2099

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00268.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    TRUSTEES OF DARTMOUTH COLLEGE v. THORNE RESEARCH, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

January 3, 2023
    Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** January 3, 2023